# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3338
_____

SHAY LYNN COE (f/k/a
Wilkinson),

Appellant,

v.

CHARLES ERVIN WILKINSON,

Appellee.

_____

On appeal from the Circuit Court for Columbia County.
Paul S. Bryan, Judge.

July 27, 2018

PER CURIAM.

AFFIRMED.

WOLF, BILBREY, and KELSEY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

William Falik of William Falik P.A., Gainesville, for Appellant.

Robert A. Sandow, Lake City, for Appellee.